# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEVOPS SHERPAS, LLC, <br>     Plaintiff(s), <br> v. <br> PROJECT CIRCLE, LTD., et al., <br>     Defendant(s). | Case No.: 2:20-cv-02108-RFB-NJK <br><br> **Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than February 12, 2021, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: February 5, 2021

_____
Nancy J. Koppe
United States Magistrate Judge