# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DEVOPS SHERPAS, LLC,

    Plaintiff(s),

v.

PROJECT CIRCLE, LTD., et al.,

    Defendant(s).

Case No.: 2:20-cv-02108-RFB-NJK

**Order**

Pending before the Court is a joint status report seeking a stay of discovery pending resolution of a motion to dismiss. Docket No. 22. To the extent the parties seek a stay of discovery, a request must be filed identifying the governing standards and providing meaningful explanation as to how they are met. *See, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).[1] Either a well-developed request for a stay of discovery or a proposed discovery plan must be filed by February 23, 2021.

IT IS SO ORDERED.

Dated: February 16, 2021

                                                   Nancy J. Koppe
                                                 United States Magistrate Judge

---

[1] The status report indicates that the motion to dismiss is not potentially case-dispositive, Docket No. 22 at 2 (indicating that breach of contract claim will remain), but no explanation is provided as to why a case-wide stay of discovery is appropriate given the limited scope of the underlying motion practice, *cf. Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 602 (D. Nev. 2011) ("the pending motion must be potentially dispositive of the entire case or at least dispositive on the issue on which discovery is sought").

1