Kent F. Larsen
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
E-mail: kfl@slwlaw.com

Meridyth M. Andresen
*Pro Hac Vice* Pending
BRYAN CAVE LEIGHTON PAISNER LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
E-mail: mmandresen@bclplaw.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DevOps Sherpas, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Project Circle, Ltd., a foreign corporation; Omri Siri, an individual; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:20-cv-02108-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT STIPULATION TO DISMISS TO COURT** |

Plaintiff DevOps Sherpas, LLC, a Nevada limited liability company ("Plaintiff") and Project Circle, Ltd., a foreign corporation, and Omri Siri, an individual ("Defendants"), by and through their undersigned counsel, hereby inform the Court and stipulate as follows:

1. On September 28, 2021, a settlement conference was conducted in the above-captioned matter;

2. At the settlement conference, the parties reached a settlement of the claims in this case, and placed the essential terms thereof on the record;

3. At the conclusion of the settlement conference, the Court ordered the parties to file a Stipulation of Dismissal and Proposed Order no later than Monday, November 1, 2021;

4. As of the submission of this stipulation to the Court, the parties inform the Court that they have not finalized the settlement documents contemplated by the record which was made by the parties at the conclusion of the settlement conference;

5. In light of the foregoing, the parties are jointly requesting the Court to issue an order allowing the parties through Wednesday, December 1, 2021 to submit to the Court the required Stipulation of Dismissal and Proposed Order (as referenced in the Court's minutes of September 28, 2021).

Dated this 1st day of November, 2021.

| HOWARD & HOWARD ATTORNEYS PLC | SMITH LARSEN & WIXOM |
|---|---|
| /s/ *Cami M. Perkins* | /s/ *Kent F. Larsen* |
| Cami M. Perkins | Kent F. Larsen |
| Nevada Bar No. 9149 | Nevada Bar No. 3463 |
| Steven E. Kish III | 1935 Village Center Circle |
| Nevada Bar No. 15257 | Las Vegas, Nevada 89134 |
| 3800 Howard Hughes Parkway, Suite 1000 | |
| Las Vegas, Nevada 89169 | Meridyth M. Andresen |
| Attorneys for Plaintiff | *Pro Hac Vice* Pending |
| | BRYAN CAVE LEIGHTON PAISNER LLP |
| | Two North Central Avenue, Suite 2100 |
| | Phoenix, Arizona 85004-4406 |
| | Attorneys for Defendants |

## ORDER

**IT IS SO ORDERED,** and the parties shall have through Wednesday, December 1, 2021 to submit to the Court the required Stipulation of Dismissal and Proposed Order (as referenced in the Court's minutes of September 28, 2021)**.**

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: November 2, 2021